IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| ALLEN BENNETT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 06 C 5637 |
| ILLINOIS STATE POLICE, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

Defendants move to dismiss the complaint with prejudice. That motion is granted.

Plaintiff first sued various defendants in federal court in Case No. 03 C 5071, claiming that false information regarding prior alleged offenses was adversely affecting his status in prison and with others. Judge Shadur, in a series of orders, dismissed all claims on limitiations grounds or prosecutorial immunity, and for failure to state a claim. Plaintiff's appeal was dismissed.

He thereafter filed suit in state court in Cook County, which essentially tracked the same claims. That suit was removed, as Case No. 04 C 7683, and was assigned to this court. On May 31, 2005, we dismissed the action on collateral estoppel grounds. Plaintiff did not appeal that decision.

On or about September 1, 2006, plaintiff tried again, this one a state case in Will County. Defendants removed and then moved to dismiss. Again he complains of the same allegedly false information. As in 04 C 7683, he has altered the lineup of defendants somewhat (he has added the Clerk of the Circuit Court of Cook County as a defendant), but the allegations are essentially the same. In the meantime, even more time has passed. Thus,

plaintiff is not only precluded from proceeding by limitations and by his failure to plead an Americans with Disabilities Act claim (he is not disabled), but by collateral estoppel as well.[1]

                                          JAMES B. MORAN
                                      Senior Judge, U. S. District Court

Feb. 26, 2006.

---

[1] Plaintiff has also written the court about unrelated disciplinary and medical problems he apparently presently has at Pinkneyville Correctional Center. We do not, however, have jurisdiction to act as a roving ombudsman because of a specific pending action. If he believes he has a new federal claim he knows how to initiate it.